UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81787-CIV-DIMITROULEAS

PRIME PROPERTY AND CASUALTY
INSURANCE COMPANY,

     Plaintiff,

vs.

KEPALI GROUP, INC., et. al,

     Defendants.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING IN PART MOTIONS

THIS CAUSE is before the Court upon Defendants Kepali Group, Inc. and Yordani Oliva Rodriguez's ("Defendants") Amended Motion for Attorneys' Fees ("Motion for Appellate Fees") [DE 219] and Defendants' Verified Renewed Motion for Entry of Final Judgment Awarding Defendant Kepali Attorney Fees and Costs ("Motion for Fees and Costs") [DE 225], collectively the ("Motions"), and the Omnibus Report and Recommendation of Magistrate William M. Matthewman (the "Report") [DE 234], issued on July 24, 2026.

No objections to the Report [DE 234] have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 234] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the

Report [DE 234] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 234] is hereby **ADOPTED** and **APPROVED**;

2. The Motions [DEs 219, 225] are **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Defendants' attorneys' fees are awarded in the amount of $501,565 and taxable costs in the amount of $4,691.40, for a total award of $506,256.40;

   Judgment is entered against Plaintiff for such amount, plus statutory interest.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record